```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROTEX INDUSTRIAL (H.K.) LTD.,

                Plaintiffs,

-against-

VINCE HOLDING CORP., VINCE LLC, REBECCA TAYLOR INC., and REBECCA TAYLOR RETAIL STORES LLC,

                Defendants.

1:23-cv-1793 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On May 25, 2023, Plaintiff filed an Amended Complaint. [ECF No. 35]. Thereafter, Defendants filed a Motion to Dismiss the Amended Complaint. [ECF No. 36]. Plaintiff later filed a Second Amended Complaint with leave of the Court. [ECF No. 60]. Defendants subsequently filed a Motion to Dismiss the Second Amended Complaint [ECF No.63], which remains pending. Accordingly, the Motion to Dismiss the Amended Complaint at Docket No. 36 is hereby DENIED as moot. The Clerk of Court is respectfully requested to terminate Docket No. 36.

**SO ORDERED.**

Date: **October 30, 2023**
      New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**