

16152 Beach Boulevard, Suite 207
Huntington Beach, California 92647
Telephone: 714-698-0601
Facsimile: 714-698-0608

January 3, 2025

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Protex Indus. (H.K.) Ltd. v. Vince Holdings Inc., et al.*
Case No. 1:23-cv-01793

**AMENDED LETTER REQUEST**

Dear Judge Vargas:

As counsel for Plaintiff, Protex Industrial (H.K.) Ltd., the following AMENDED letter request is submitted pursuant to your Honor's Rule 3.E. Yesterday, I submitted a request for adjournment of the Initial Pretrial Conference to accommodate conflicts in the schedules of counsel for both Plaintiff and Defendants Vince Holding and Vince LLC (the "Vince Defendants"). The letter included a few dates available for both counsel. In drafting the letter, I erroneously included January 23, 2025 as an available date, which it is not. Therefore, in order to facilitate the Court setting a new hearing date which does not present any calendaring conflicts, counsel have discussed mutually available dates and hereby propose any of the following for the Court's consideration: January 16, 22, or 30, 2025. Please accept my apologies for the confusion and the need for this amended request.

Respectfully submitted,

PLAGER SCHACK LLP

*Michael L. Schack*

Michael L. Schack, Esq.
Attorneys for Plaintiff

MLS/fc

The parties' request for an adjournment of the pretrial conference is GRANTED. Counsel for all parties shall appear for a pretrial conference with the Court on January 30, 2025, at 11:00am. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is directed to terminate ECF Nos. 106 and 107.

SO ORDERED.
DATE: January 6, 2025

*Jeannette Vargas*
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE