UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                             :

PROTEX INDUSTRIAL (H.K.) LTD.,        :

                             :

                Plaintiff,      :        23-CV-01793 (JAV)

                             :

        -v-                 :        ORDER OF DISMISSAL

                             :

VINCE LLC, REBECCA TAYLOR INC., REBECCA  :
TAYLOR RETAIL STORES LLC, and VINCE  :
HOLDING CORP.,                 :

                             :

              Defendants.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to the April 27, 2026 Stipulation submitted by the parties, Plaintiff Protex Industrial (H.K.) LTD. ("Plaintiff") and Defendants Vince Holding Corp. and V Opco, LLC (f/k/a Vince LLC) (the "Vince Defendants") have entered into a Settlement Agreement ("Settlement Agreement") resolving Plaintiff's claims against the Vince Defendants. ECF No. 128.

The parties request that the Court retain jurisdiction over the settlement agreement. The Court declines to do so, as the parties have not provided the settlement agreement to the Court, or filed it on the public docket.

The Court hereby orders that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against the Vince Defendants are dismissed with prejudice.


      SO ORDERED.

Dated: May 14, 2026
      New York, New York             _____
                              JEANNETTE A. VARGAS
                            United States District Judge