UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROTEX INDUSTRIAL (H.K.) LTD,

Plaintiff,

-v-

VINCE HOLDINGS INC., ET AL,

Defendants.

CIVIL ACTION NO. 23 Civ. 1793 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion of Plaintiff Protex Industrial (H.K.) LTD. ("Plaintiff") motion for default judgment against Defendants Rebecca Taylor, Inc. and Rebecca Taylor Retail Stores (together, the "RT Defendants"), (Dkt. No. 137 (the "Motion")), which the Honorable Jeannette A. Vargas has referred to the undersigned for a report and recommendation and to conduct an inquest on damages. (See Dkt. No. 141). Accordingly, it is hereby **ORDERED** that:

1. Plaintiff has submitted a memorandum of law, declarations from Plaintiff's employee Kenny Chen and Plaintiff's counsel, exhibits in support of its Motion, and a statement of damages. (Dkt. Nos. 137–140 (the "Damages Submission")).

2. The RT Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **July 29, 2026**. IF THE RT DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **JULY 29, 2026** AND REQUEST AN

IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve both the Damages Submission and this Order on the RT Defendants and file proof of service on the docket by no later than **July 15, 2026.**

Dated: New York, New York
July 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**