UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROTEX INDUSTRIAL (H.K.) LTD,

Plaintiff,

-v-

VINCE HOLDINGS, et al.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1793 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 142, Plaintiff Protex Industrial (H.K.) LTD ("Plaintiff") was required to file proof of service on Defendants Rebecca Taylor, Inc. and Rebecca Taylor Retail Stores (together, the "RT Defendants") of: (i) the Court's Order at Dkt. No. 142 (the "Inquest Order"), and (ii) Plaintiff's motion for default, memorandum of law, declarations from Plaintiff's employee Kenny Chen and Plaintiff's counsel, exhibits in support of its motion for default, and statement of damages, (Dkt. Nos. 137–140 (the "Damages Submission")), by July 15, 2026. To date, Plaintiff still has not filed the required proof of service. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file the proof of service of the Inquest Order and Damages Submission on the RT Defendants up to and including **July 24, 2026**.

PLAINTIFF IS WARNED THAT FAILURE TO FILE THIS PROOF OF SERVICE BY **JULY 24, 2026** MAY RESULT IN THE UNDERSIGNED ISSUING A REPORT AND RECOMMENDATION THAT RECOMMENDS DENIAL OF PLAINTIFF'S REQUEST FOR DAMAGES.

If Plaintiff files the required proof of service, as stated above, by July 24, 2026, the RT

Defendants' deadline to submit their response to the Damages Submission, if any, is **EXTENDED** up to and including **August 7, 2026**. IF THE RT DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT CHAMBERS BY **AUGUST 7, 2026** AND REQUEST AN IN-COURT HEARING, THE UNDERSIGNED INTENDS TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSION ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment." (citation omitted).

Dated: New York, New York
July 17, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**